To 21-cr-20

It Is Now Past any chance of Natile B. Harrington from amend. Natlie B. Harrington also had admitted that on November 7, 2020 at 9:53 p.m. Paul E. Bonanno had Live time message the Defendant on His Face Book Reading as the name Paul E Bonanno. In which that day he had threaten to kill the defendant and also admitted that the agents he is working with will make sure to Fabricate all the evidence so that the defendant never gets out of Jail. He also stated that he Loves getting things Like that off his chest since he can never Be arrested.

Natlie B Harrington also confrimed that after Paul E. Bonanno Finished threatening the defendant that the Defendants ex-girlfriend Sarah Elisabet Germain called and Laughed like an Insane person how she glad she had devise a plan to have the defendant Finally In Jail and wont have to worry about the defendant ever Filing charges against her For theft or attempted murder.

So also since the defendant has not reviewed any documents that are claimed In the report which mind you the police reports are seeming to be ones the defendant has Filed since It states David LeHieri, Natile B Harrington Now Must Be Charged with Title 18 United States code 1001

1621, and 1623 along with Paul E. Bonanno and Maeve Eileen Huggins for consipircy to give a Federal agency false Information. This Is not negotiable and since Paul E. Bonanno has admitted to Fabrication of evidence It Wow In the Interest of Justice 21-cr-20 Is dismissed with prejudice. Any arguement they want to make can Be with handcuffes and lockboy since Justice must Be served.

Also In the Deal for Sulfolk county anyone that had the seal proken to the case since It was agreed to Be since Is Instance convicted of child molestion since only people that have an Interest In molesting kids rush to broke seals so Natilie B. Harrington, Paul E. Bonunno and Maeve Elieen Huggins are convicted Sex offenses In which shouldn't been working for the Federal government since they also need to resiger on Sorna

Thank you,

Sworn to Before Me This 8TH Day of May 2024

David C. Lertion

DEREK KRATTS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KR0016367
Qualified in Niagara County
Commission Expires November 13, 2027

No 21-cr-20

Under Federal Rules of criminal Procudure 32(2)(i)(A) I am suppose to Be able to have reasonable Time to have descuss the Lies that Natlie P. Harrington had stated In the Presenting Report In which Because of the pour phone service that securus gives and Under the american with disabilities act not accomyeding such disability of a puralyzed voical cord In which I CANT SPEAK AS WELL WHICH Means THAT THIS Whole case hasBe one Big lie and what has Been done Is vnluwful. NO ONE SEEMS TO NOT UNDERSTAND THE GODDAM DISABILITY I HAVE WHICH MEANS EVERYONE SHOULDN'T HAVE THE JOB THEY HAVE. So since I cant effectivly commucate with my Lawyer the Presentence cant Be accepted AND THE CASE CANNOT GET ADJORNED AGAIN SO NOW IF THIS IS A PROBLEM IT'S NOT MY PROBLEM.

Thank you,

David C. Lettieri

Sworn To Before Me This 26th Day of April 2024

DEREK KRATTS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KR0016367
Qualified in Niagara County
Commission Expires November 13, 2011



David Lehan
5525 Niagara Street
Lockport NY 14045

Court of clerkes
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York NY 10007

USM41D
SDNY

LEGAL MAIL